UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., a minor, by and through his Guardian ad Litem, R.S.; R.S., an individual; and A.F., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGUITO UNION HIGH SCHOOL DISTRICT; ROB COPPO, an individual; ANGELA GUERRERO, an individual; THERESA BARNES, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-04737-WQH-GC<br><br>**ORDER** |

HAYES, Judge:

On August 19, 2026, Plaintiffs M.F., R.S., and A.F. ("Plaintiffs") initiated this action by filing a Complaint asserting violations of the First and Fourteenth Amendments to the U.S. Constitution and related claims arising from Plaintiff M.F.'s "constitutionally protected political speech at a public high school and [his] subsequent involuntary commitment to a psychiatric facility." (ECF No. 1 at 2.)

On the same day, Plaintiffs filed the pending Motion to File Documents Under Seal (ECF No. 2) and Motion to Appoint Guardian Ad Litem. (ECF No. 3.)

Plaintiffs move for leave to file under seal an unredacted version of their Motion to Appoint Guardian Ad Litem and its supporting declaration of Plaintiff R.S., which "disclose the full legal name of M.F.'s proposed Guardian ad Litem." (ECF No. 2 at 2.)

Federal Rule of Civil Procedure 5.2 provides that any filing containing "the name of an individual known to be a minor" may include only "the minor's initials." Fed. R. Civ. P. 5.2(a)(3). Rule 5.2 also provides that "[a] person making a redacted filing may also file an unredacted copy under seal." Fed. R. Civ. P. 5.2(f). Here, the Court finds good cause to permit the filing of Plaintiff's unredacted Motion to Appoint Guardian Ad Litem under seal. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

IT IS HEREBY ORDERED that the Motion to File Documents Under Seal (ECF No. 2) is granted. Plaintiffs may file an unredacted version of their Motion to Appoint Guardian Ad Litem (ECF No. 3) and its supporting declaration under seal within thirty (30) days.

Dated: August 31, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court